JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROSA CASTRO,

Plaintiff,

v.

NISSAN NORTH AMERICA, INC., and DOES 1 through 10, inclusive,

Defendants.

Case No. 8:25-cv-01079-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that Plaintiff's Complaint and this entire case are DISMISSED without prejudice for failure to prosecute and failure to follow court orders.

DATED: September 4, 2026

Karen E. Scott

Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE